UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY BECK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-300-PLM-RSK ) |
| JERRY VERHAGEN, *doing business as* Hamlin Ross & Associates, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING DEFAULT JUDGMENT AND JUDGMENT

THIS CAUSE having come before the Court to consider, Plaintiff's, KELLY BECK, Motion for Default Judgment against Defendant, JERRY VERHAGEN, and upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment is granted and it is **FURTHER ORDERED** that Plaintiff, KELLY BECK, recover from Defendant, JERRY VERHAGEN, the following amount plus any applicable interest:

$1,000.00 in statutory damages for violations of the FDCPA
$ 150.00 in statutory damages for violations of the MOC
$ 457.00 in costs
$3,423.50 in attorney's fees

**$5,030.50**     **TOTAL**

Dated: July 6, 2021

/s/ Paul L. Maloney
Paul L. Maloney,
United States District Judge